UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRIAN ALAN YESKE**,  　　　　　　　　　Case No. 6:14-cv-01671-KI

　　　　　Plaintiff,　　　　　　　　　　　JUDGMENT

　　v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,

　　　　　Defendant.

　　Max Rae
　　P.O. Box 7790
　　Salem, OR 97303

　　　　Attorney for Plaintiff


　　Billy J. Williams
　　Acting United States Attorney
　　District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97201-2902

Alexis L. Toma
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900, M/S 221A
Seattle, WA 98104-7075

        Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this 7th day of December, 2015.


      /s/ Garr M. King
      Garr M. King
      United States District Judge