UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BRIAN ALAN YESKE            6:14-cv-01671.ki
          Plaintiff,

v.                          ORDER AWARDING
                                   ATTORNEY FEES
                                   PURSUANT TO THE
COMMISSIONER, SOCIAL        EQUAL ACCESS TO JUSTICE ACT
SECURITY ADMINISTRATION,
          Defendant.

      Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $9,000 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

      DATED this 12th day of January, 2016.

                                                                                      United States District Judge

PRESENTED BY:

MAX RAE, OSB# 81344
(503) 363-5424
Attorney for Plaintiff, Brian Alan Yeske

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES – YESKE v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:14-cv-01671-KI