Max Rae
OSB No. 813448
maxrae.atty@comcast.net
P.O. Box 7790
Salem, OR 97303
(503) 363-5424
Fax: (503) 363-5460
Attorney for Plaintiff, Brian Alan Yeske

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**BRIAN ALAN YESKE,**            6:14-cv-01671-KI
        Plaintiff,
                                  ORDER

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**
        Defendant.

Attorneys' fees in the amount of $14,341.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $9,000. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney and to send to Plaintiff's attorney, Max Rae, at the address above, the balance of **$5,341.25**, minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 21 day of March, 2019.

_____
United States District Court Judge

Presented by:
s/ Max Rae,
Max Rae, OSB 813448
(503) 363-5424
Attorney for Plaintiff, Brian Alan Yeske

ORDER - – YESKE v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:14-cv-01671-KI. Page 1